JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| RAUL ARCIERO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> KONICA MINOLTA BUSINESS SOLUTIONS U.S.A., INC., and DOES 1 through 50, Inclusive, <br><br> Defendants. | Case No. 8:17-cv-01038-JLS-JDE <br><br> ORDER RE: DISMISSAL OF ACTION WITH PREJUDICE <br><br> Honorable Josephine E. Staton |

Having reviewed the parties' Joint Stipulation for Dismissal of Action with Prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), it is hereby ordered that this entire action is dismissed with prejudice in its entirety with each party to bear his/its own respective costs and fees.

**IT IS SO ORDERED**

Date: April 23, 2018     By: JOSEPHINE L. STATON
                             ──────────────────────
                             JOSEPHINE L. STATON
                             United States District Judge

-1-
ORDER RE DISMISSAL OF ACTION WITH PREJUDICE

5181554v.1